AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 11 DEC '23 16:53 USDC-ORP

**ORIGINAL**

U.S. MARSHALS SERVICE  DEC 8 '23  3:05PM

| United States of America | ) |
|---|---|
| v. | ) Case No. 3:23-mj-00209-2 |
| Gerson Hernandez Betancurt | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Gerson Hernandez Betancurt,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(A) - Possession with Intent to Distribute Controlled Substances;
18 U.S.C. § 924(c)(1)(A) - Possession of Firearm in Furtherance of a Drug Trafficking Crime

Date:  12/8/2023

*Issuing officer's signature*

City and state:  Portland, Oregon

Hon. Stacie F. Beckerman
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____ |

DATE 12/08/2023
ARRESTED BY  FBI
U.S. MARSHAL
BY E. CATER

*Arresting officer's signature*

*Printed name and title*