AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

U.S. MARSHALS SERVICE  DEC 8 '23  3:02PM

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:23-mj-00209-1 |
| German Ariel Arteaga-Sanchez | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  German Ariel Arteaga-Sanchez  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1) and (b)(1)(A) - Possession with Intent to Distribute Controlled Substances;

Date: 12/8/2023

*Stacie F. Beckerman*
Issuing officer's signature

City and state:  Portland, Oregon

Hon. Stacie F. Beckerman
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 12/18/2023
ARRESTED BY DETAINER
U.S. MARSHAL
BY E. CATER

Date: _____

Arresting officer's signature

Printed name and title